IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CLYDE JUNIOR MERIS,           )
                              )
         Plaintiff,           )
                              )
    v.                        )    1:20CV146
                              )
GUILFORD COUNTY SHERIFF'S     )
DEPARTMENT, et al.,           )
                              )
         Defendant(s).        )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted what purports to be a civil action pursuant to 18 U.S.C. § 1961. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1. The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review.

2. It is not clear what relief Plaintiff seeks in his lawsuit.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint which corrects the defects of the present Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff instructions and an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff instructions and an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint which corrects the defects cited above.

This, the 19th day of February, 2020.

_____
Joe L. Webster
United States Magistrate Judge