IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CLYDE JUNIOR MERIS,            )
                               )
          Plaintiff,           )
                               )
     v.                        )     1:20CV146
                               )
GUILFORD COUNTY SHERIFF'S      )
DEPARTMENT, et al.,            )
                               )
          Defendant(s).        )

## ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 19, 2020, was served on the parties in this action. (Docs. 2, 3.) Plaintiff objected to the Recommendation. (Doc. 4.)

Plaintiff has provided no basis or argument for his general objection to the Recommendation, and thus this court's de novo review has not been required. The court has appropriately reviewed the Magistrate Judge's report, and its determination is in accord with it. The court therefore adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint which corrects the defects cited in the Recommendation

of the United States Magistrate Judge. A judgment dismissing this action will be entered contemporaneously with this Order.

                                    /s/   Thomas D. Schroeder
                                   United States District Judge

March 11, 2020